**THIS OPINION HAS NO PRECEDENTIAL VALUE. IT SHOULD NOT BE CITED OR RELIED ON AS PRECEDENT IN ANY PROCEEDING EXCEPT AS PROVIDED BY RULE 268(d)(2), SCACR.**

**THE STATE OF SOUTH CAROLINA**
**In The Court of Appeals**

Robert Aikey and Cynthia Aikey, Respondents,

v.

Brittney Goehrig (a/k/a Brittney D. Dehart), John Kenneth Goehrig, and John Doe, Defendants,

Of Whom Brittney Goehrig (a/k/a Brittney D. Dehart) is the Appellant.

Appellate Case No. 2023-000046

———————

Appeal From York County
Thomas Henry White, IV, Family Court Judge

———————

Unpublished Opinion No. 2024-UP-112
Submitted March 26, 2024 – Filed March 27, 2024

———————

**AFFIRMED**

———————

John Brandt Rucker and Allyson Sue Rucker, both of The Rucker Law Firm, LLC, of Greenville, for Appellant.

Thomas M. Neal, III, of Law Offices of Thomas M. Neal, III, of Columbia; and April Dawn Porter, of Law Office of April D. Porter, P.C., of Rock Hill, both for Respondents.

Bruce M. Poore, of Rock Hill, as the Guardian ad Litem.

———————

**PER CURIAM:**  Brittney Goehrig appeals the family court's final order terminating her parental rights to her minor children.  *See* S.C. Code Ann. § 63-7-2570 (Supp. 2023).  Upon a thorough review of the record and the family court's findings of fact and conclusions of law pursuant to *Ex parte Cauthen*, 291 S.C. 465, 354 S.E.2d 381 (1987), we find no meritorious issues warrant briefing. Accordingly, we affirm the family court's ruling.

**AFFIRMED.**[1]

**WILLIAMS, C.J., KONDUROS, J., and LOCKEMY, A.J., concur.**

———————

[1] We decide this case without oral argument pursuant to Rule 215, SCACR.